UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 05 B 01110
   HOWARD L CARABELLO
   JENNIFER L MUNDA CARABELLO                 CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
          Debtor
   SSN XXX-XX-6834     SSN XXX-XX-3895
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/13/05 and confirmed on 03/18/05.

2. The case was converted to Chapter 7 after confirmation, 02/27/2008.

3. The Debtor paid a total of $ 43540.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEALTHCARE ASSOC CREDIT | SECURED | 10000.00 | 294.91 | 10000.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9060.48 | .00 | 4581.57 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5462.11 | .00 | 2762.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 17163.59 | .00 | 8679.03 |
| DISCOVER BANK | UNSECURED | 3810.50 | .00 | 1926.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10097.43 | .00 | 5105.90 |
| NEX/MIL STAR/EXCHANGE | UNSECURED | 5528.24 | .00 | 2795.44 |
| HEALTHCARE ASSOC CREDIT | UNSECURED | 2099.30 | .00 | 1515.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 611.14 | .00 | 309.05 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4114.13 | .00 | 2080.37 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10000.00 | .00 | 57946.92 | .00 | 67946.92 |
| PRINCIPAL PAID | 10000.00 | .00 | 29755.20 | .00 | 39755.20 |
| INTEREST PAID | 294.91 | .00 | .00 | .00 | 294.91 |
| TOTAL PAID | 10294.91 | .00 | 29755.20 | .00 | 40050.11 |

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   2700.00 and was paid $   1015.00  direct and $   1685.00  through the plan.

The Trustee received $   1804.89 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/20/08           /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE